UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23239-ALTMAN

**TUSHBABY, INC.**,

   *Plaintiff*,

v.

**BESTBYIN**,

   *Defendant*.
_____/

## TRANSFER ORDER

Subject to Judge Leibowitz's consent, and pursuant to S.D. Fla. I.O.P. 2.15.00(c), we hereby **TRANSFER** this case to Judge David S. Leibowitz, who is already presiding over the related case, *Tushbaby, Inc. v. Corps., Ltd. Liab. Cos. & Unincorp. Assocs. Identified on Schedule A*, No. 24-cv-22281.

**DONE AND ORDERED** in the Southern District of Florida on August 30, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

After reviewing the file in the above-styled case, the undersigned accepts the transfer of this case. Additionally, this case involves the same subject matter and claims pending before the undersigned in Case No. 24-cv-22281-DSL. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **CONSOLIDATED** with **Case No. 24-cv-22281-DSL**. All pleadings filed after this date shall be filed under Case No. 24-cv-22281-DSL.

2. The Clerk shall **CLOSE** Case No. 24-cv-23239-DSL for administrative purposes only.

**DONE AND ORDERED** in the Southern District of Florida on August 30, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record