**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-23239

TUSHBABY, INC.,

     Plaintiff,

v.

BESTBYIN, a Foreign Corporation,

     Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that in compliance with this Court's Order dated September 11,

2024, a copy of the Court's Order granting Plaintiff's Motion to Withdraw as Counsel (Dkt No. 8),

was served via email upon Tamara Rant, CEO of TushBaby, Inc.

Dated: September 11, 2024           Respectfully submitted,

                         **BOIES SCHILLER FLEXNER LLP**

                         */s/ Marshall Dore Louis*
                         Marshall Dore Louis (FL Bar No. 512680)
                         100 SE 2nd Street, Suite 2800
                         Miami, FL 33131
                         Telephone: (305) 539 8400
                         E-mail: mlouis@bsfllp.com

                         *Attorney for Plaintiff TushBaby, Inc.*

1